**William H. FIELD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 45631.**

Missouri Court of Appeals, Western District.

Oct. 13, 1992.

Robert L. Fleming, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and SHANGLER and FENNER, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).

■

**Venneth M. DIBBEN, Appellant,**

v.

**Walt PATYKIEWICZ, Respondent.**

**No. WD 45285.**

Missouri Court of Appeals, Western District.

Oct. 13, 1992.

Ronald R. Hollinger, Boland, McQuain, Block, DeHardt & Rosenbloom, Kansas City, for appellant.

Sherry D. DeJanes, Mathis & DeJanes, Kansas City, for respondent.

Before LOWENSTEIN, C.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM:

Appeal from a dismissal of plaintiff's cause of action on grounds that the action is barred by the statute of limitations. Judgment affirmed. Rule 84.16(b).